# ELECTRONIC RECORD

COA # 06-14-00066-CR     OFFENSE: 22.021

STYLE: William Jason Pugh v. The State of Texas     COUNTY: Wood

COA DISPOSITION: Affirmed     TRIAL COURT: 402nd Judicial District Court

DATE: 4/15/15     Publish: No     TC CASE #: 22,041-2013

# IN THE COURT OF CRIMINAL APPEALS

**507-15**
**508-15**

STYLE: William Jason Pugh v. The State of Texas     CCA #:

_____ PRO SE _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_ _____

DATE: 09/16/2015 _____

JUDGE: _Per Curiam_ _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____